

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2017

No. 04-16-00721-CV

**402 LONE STAR PROPERTY, LLC** and Craig Otto,
Appellants

v.

Barry L. **BRADFORD**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08653
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Pursuant to this court's order of November 16, 2016, appellants' brief was due thirty days after the date the complete appellate record was filed in this court. The reporter's record was filed November 17, 2016, and the clerk's record was filed November 30, 2016. Accordingly, appellants' brief was due December 30, 2016. Neither the brief nor a motion for extension of time was filed.

We therefore **ORDER** appellants to file their brief and a written response reasonably explaining their failure to timely file the brief in this court **on or before January 17, 2017**. If appellants fail to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

In our November 16, 2016 order, we also ordered appellants to file a docketing statement on or before December 20, 2016, providing this court with information regarding retention of counsel. No docketing statement or other document showing appellants obtained counsel has been filed. In that order we advised appellant Craig Otto that as a non-lawyer, he was not permitted to represent 402 Lone Star Property, LLC in this appeal. *See Rodriguez v. Marcus*, 484 S.W.3d 656, 657–58 (Tex. App.—El Paso 2015, no pet.) (citing TEX. R. CIV. P. 7). Thus, although he may file a pro se brief on his own behalf, he may not file a brief on behalf of appellant 402 Lone Star Property, LLC unless he provides proof he is a lawyer licensed to practice law in the state of Texas.

We **order** the clerk of this court to serve a copy of this order on appellants and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2017.



_____
Keith E. Hottle
Clerk of Court